UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AMY L. KETTERING,                          )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )        Cause No. 4:11CV646  RWS
                                           )
MICHAEL J. ASTRUE,                         )
Commissioner of Social Security,           )
                                           )
            Defendant.                     )

**<u>MEMORANDUM AND ORDER</u>**

This matter is before me on a Report and Recommendation to affirm the decision of the

Commissioner of Social Security to deny Plaintiff Disability Insurance Benefits under Title II of

the Social Security Act.  Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge Frederick R. Buckels for a

Report and Recommendation pursuant to 28 U.S.C. § 636(b).  Judge Buckels issued a Report and

Recommendation on August 13, 2012 that recommended that the Commissioner's decision to

deny benefits should be affirmed.  Judge Buckels found that the Administrative Law Judge's

determination that Plaintiff was not entitled to benefits was supported by substantial evidence in

the record.

Any objections to Judge Buckels' Report and Recommendation had to be filed by August

30, 2012.  Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Mummert is **SUSTAINED, ADOPTED AND INCORPORATED** herein. The Commissioner of Social Security's decision to deny Disability Insurance Benefits to Plaintiff is affirmed.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2012.